Amir J. Goldstein – CA Bar No. 255620
ajg@consumercounselgroup.com
Law Offices of Amir J. Goldstein
5455 Wilshire Blvd., Suite 1812
Los Angeles, CA 90036
t (323) 937-0400 | f (866) 288-9194

Lance A. Raphael (*pro hac vice*)
lance@caclawyers.com
Stacy M. Bardo (*pro hac vice*)
stacy@caclawyers.com
Consumer Advocacy Center, P.C.
180 W. Washington St., Suite 700
Chicago, IL 60602
t (312) 782-5808 | f (312) 377-9930

Daniel J. Marovitch (*pro hac vice*)
dmarovitch@marovitchlaw.com
Marovitch Law Firm, LLC
233 S. Wacker Dr., 84th Floor
Chicago, IL 60606
t (312) 533-1605 | f (312) 488-4206

*Counsel for Plaintiff*

Gabe P. Wright – CA Bar No. 208647
gwright@klinedinstlaw.com
Klinedinst PC
501 West Broadway, Suite 600
San Diego, CA 92101
t (619) 239-8131 | f (619) 238-8707

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA JONSSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USCB, INC. a California corporation d/b/a USCB AMERICA,<br><br>Defendant. | Case No.   2:13-cv-8166 FMO (SHx)<br><br>**JOINT STATUS REPORT TO COURT REGARDING SETTLEMENT OF CLASS ACTION**<br><br>Courtroom:        22; 550<br>Judge:                 Fernando M. Olguin<br>Magistrate Judge: Stephen J. Hillmann<br>Complaint Filed:  November 5, 2013<br>Trial Date:           None set |

/ / /

1   Following two separate arms-length mediations in this case, the first on May
2   19, 2014 and the second on July 24, 2014, Plaintiff Brenda Jonsson and Defendant
3   USCB, Inc. have reached a settlement of this case on a class-wide basis. The
4   parties respectfully request that the Court set a Preliminary Approval Hearing of
5   the settlement on August 18, 2014 or as soon thereafter as the Court's schedule
6   permits so as to allow the parties to complete the settlement by the close of the
7   fiscal year.

Respectfully submitted,

LAW OFFICEDS OF AMIR J. GOLDSTEIN

DATED: August 11. 2014          By: */s/ Amir J. Goldstein*
                                     Amir J. Goldstein
                                     Attorneys for Plaintiff
                                     BRENDA JONSSON

CONSUMER ADVOCACY CENTER, P.C.

DATED: August 11. 2014          By: */s/ Lance A. Raphael*
                                     Lance A. Raphael
                                     Stacy M. Bardo
                                     Attorneys for Plaintiff
                                     BRENDA JONSSON

MAROVITCH LAW FIRM, LLC

DATED: August 11. 2014          By: */s/ Daniel J. Marovitch*
                                     Daniel J. Marovitch
                                     Attorneys for Plaintiff
                                     BRENDA JONSSON

/ / /
/ / /
/ / /
/ / /
/ / /

15986878v1

- 2 -
JOINT STATUS REPORT TO COURT REGARDING SETTLEMENT OF CLASS ACTION
2:13-cv-8166 FMO (SHx)

| | |
|---|---|
| | KLINEDINST PC |
| DATED: August 11, 2014 | By: /s/ *Gabe P. Wright* <br> Gabe P. Wright <br> Attorneys for Defendant <br> USCB, INC. |

### LOCAL RULE 5-4.3.4(a)(2) COMPLIANCE

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized its filing.

| | |
|---|---|
| Dated: August 11, 2014 | /s/ *Gabe P. Wright* <br> Attorneys for Defendant <br> USCB, Inc. |

Gabe P. Wright, Bar No. 208647
gwright@klinedinstlaw.com
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
gwright@klinedinstlaw.com
Attorneys for Defendant
USCB, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA JONSSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>USCB, INC. a California corporation d/b/a USCB AMERICA,<br><br>　　　　Defendant. | Case No. 2:13-cv-8166 FMO (SHx)<br><br>**CERTIFICATE OF SERVICE**<br><br>Courtroom:　22; 550<br>Judge:　　　Fernando M. Olguin<br>Complaint Filed: November 5, 2013<br>Trial Date:　　None set |

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of San Diego, California, and my business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On **August 11, 2014**, I caused to be served the following documents:

**JOINT STATUS REPORT TO COURT REGARDING SETTLEMENT OF CLASS ACTION**

1

| | | |
|---|---|---|
|1| ☒ | **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at San Diego, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).) |
|2|||
|3|||
|4|||
|5| ☐ | **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service. |
|6|||
|7| ☐ | **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office. |
|8|||
|9|||
|10| ☐ | **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF") . The NEF will be maintained with the original document(s) in our office. |
|11|||
|12|||
|13|||
|14| ☐ | **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address. |
|15|||
|16|||

☐ By personally delivering the copies;

☐ By leaving the copies at the attorney's office;

　　☐ With a receptionist, or with a person having charge thereof; or

　　☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

| | |
|---|---|
| Amir J. Goldstein, Esq.<br>Law Offices of Amir J. Goldstein<br>5455 Wilshire Boulevard, Suite 1812<br>Los Angeles, California 90036 | (323)937-0040/FAX (866)288-9194<br>ajg@consumercounselgroup.com<br>Attorneys for Plaintiff |

| Lance A. Raphael, Esq.<br>Stacy M. Bardo, Esq.<br>Consumer Advocacy Center, P.C.<br>180 W. Washington Street, Suite 700<br>Chicago, Illinois 60602 | (312)782-5808/FAX (312)377-9930<br>lance@caclawyers.com<br>stacy@caclawyers.com<br>Attorneys for Plaintiff |
|---|---|
| Daniel J. Marovitch, Esq.<br>Marovitch Law Firm, LLC<br>233 S. Wacker Drive, 84th Floor<br>Chicago, Illinois 60606 | (312)533-1605/FAX (312)488-4206<br>dmarovitch@marovitchlaw.com<br>Attorneys for Plaintiff |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2014, at San Diego, California.

_____
Lisa Allison

15730230v1

3