1 | Amir J. Goldstein (Cal. Bar No. 255620)
2 | ajg@consumercounselgroup.com
  | LAW OFFICES OF AMIR J. GOLDSTEIN
3 | 5455 Wilshire Blvd., Suite 1812
4 | Los Angeles, CA 90036
  | Telephone: (323) 937-0400
5 | Facsimile: (866) 288-9194

Lance A. Raphael (*pro hac vice*)
lance@caclawyers.com
Stacy M. Bardo (*pro hac vice*)            Daniel J. Marovitch (*pro hac vice*)
stacy@caclawyers.com                       dmarovitch@marovitchlaw.com
CONSUMER ADVOCACY CENTER, P.C.             MAROVITCH LAW FIRM, LLC
180 W. Washington St., Suite 700           233 S. Wacker Dr., 84th Floor
Chicago, IL 60602                          Chicago, IL 60606
Telephone: (312) 782-5808                  Telephone: (312) 533-1605
Facsimile: (312) 377-9930                  Facsimile: (312) 488-4206

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDA JONSSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USCB, INC. a California corporation d/b/a USCB AMERICA,<br><br>Defendant. | Case No. CV13-8166 FMO (SHx)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: October 16, 2014<br>Hearing Time: 10:00 a.m. PT<br>Courtroom: 22<br>Judge: Hon. Fernando M. Olguin |

1

Notice of Plaintiff's Motion for                                    Case No. CV13-8166 FMO (SHx)
Preliminary Approval of Class Settlement

PLEASE TAKE NOTICE that Plaintiff hereby applies to this Honorable Court for an order (i) granting preliminary approval of the Parties' proposed class action settlement, (ii) certifying the proposed Settlement Class for settlement purposes, (iii) approving the form and content of the notice to the members of the Settlement Class, (iv) appointing Plaintiff as Class Representative, (v) appointing her counsel as Class Counsel, (vi) scheduling a Final Fairness Hearing, and (vii) providing such other and further relief as the Court deems reasonable and just.

1. Pursuant to L.R. 7-3, the undersigned counsel has conferred with counsel for Defendant USCB and USCB will be filing a notice of non-opposition to this *Motion for Preliminary Approval of the Parties' Class Action Settlement Agreement*.

2. This motion is made following the multiple conferences of counsel throughout the arms-length settlement negotiations process but was confirmed on September 12, 2014 in a telephonic conference between Plaintiff's attorney Lance Raphael and Defendant's attorney Gabe Wright.

3. Attached to this Motion as Exhibit 1 is the Proposed Class Action Settlement Agreement.

4. Attached as Exhibit 2 is a Proposed Order of Preliminary Approval.

5. A Memorandum of Points and Authorities in support of this Motion is being electronically filed as well.

Dated: September 12, 2014            Respectfully submitted,

BRENDA JONSSON, individually and on behalf of all others similarly situated

By: */s/ Lance A. Raphael*
     One of Plaintiff's Attorneys

2

Notice of Plaintiff's Motion for                        Case No. CV13-8166 FMO (SHx)
Preliminary Approval of Class Settlement

Amir J. Goldstein (Cal. Bar No. 255620)
ajg@consumercounselgroup.com
LAW OFFICES OF AMIR J. GOLDSTEIN
5455 Wilshire Blvd., Suite 1812
Los Angeles, CA 90036
Telephone: (323) 937-0400
Facsimile: (866) 288-9194

Lance A. Raphael (*pro hac vice*)
lance@caclawyers.com
Stacy M. Bardo (*pro hac vice*)
stacy@caclawyers.com
CONSUMER ADVOCACY CENTER, P.C.
180 W. Washington St., Suite 700
Chicago, IL 60602
Telephone: (312) 782-5808
Facsimile: (312) 377-9930

Daniel J. Marovitch (*pro hac vice*)
dmarovitch@marovitchlaw.com
MAROVITCH LAW FIRM, LLC
233 S. Wacker Dr., 84th Floor
Chicago, IL 60606
Telephone: (312) 533-1605
Facsimile: (312) 488-4206

*Counsel for Plaintiff*

3

Notice of Plaintiff's Motion for
Preliminary Approval of Class Settlement

Case No. CV13-8166 FMO (SHx)