Amir J. Goldstein (Cal. Bar No. 255620)
ajg@consumercounselgroup.com
LAW OFFICES OF AMIR J. GOLDSTEIN
5455 Wilshire Blvd., Suite 1812
Los Angeles, CA 90036
Telephone: (323) 937-0400
Facsimile: (866) 288-9194

Lance A. Raphael (*pro hac vice*)
lance@caclawyers.com
Stacy M. Bardo (*pro hac vice*)
stacy@caclawyers.com
CONSUMER ADVOCACY CENTER, P.C.
180 W. Washington St., Suite 700
Chicago, IL 60602
Telephone: (312) 782-5808
Facsimile: (312) 377-9930

Daniel J. Marovitch (*pro hac vice*)
dmarovitch@marovitchlaw.com
MAROVITCH LAW FIRM, LLC
233 S. Wacker Dr., 84th Floor
Chicago, IL 60606
Telephone: (312) 533-1605
Facsimile: (312) 488-4206

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDA JONSSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USCB, INC. a California corporation d/b/a USCB AMERICA,<br><br>Defendant. | Case No. CV13-8166 FMO (SHx)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: January 8, 2015<br>Hearing Time: 10:00 a.m. PT<br>Courtroom: 22<br>Judge: Hon. Fernando M. Olguin |

1

Notice of Plaintiff's Motion for
Preliminary Approval of Class Settlement

Case No. CV13-8166 FMO (SHx)

PLEASE TAKE NOTICE that Plaintiff hereby applies to this Honorable Court for an order (i) granting preliminary approval of the Parties' proposed class action settlement, (ii) certifying the proposed Settlement Class for settlement purposes, (iii) approving the form and content of the notice to the members of the Settlement Class, (iv) appointing Plaintiff as Class Representative, (v) appointing her counsel as Class Counsel, (vi) scheduling a Final Fairness Hearing, and (vii) providing such other and further relief as the Court deems reasonable and just.

1. Pursuant to L.R. 7-3, the undersigned counsel has conferred with counsel for Defendant USCB and Plaintiff expects that USCB will be filing a notice of non-opposition to this *Motion for Preliminary Approval of the Parties' Class Action Settlement Agreement*.

2. This motion is made following the multiple conferences of counsel throughout the arms-length settlement negotiations process, including the amendments to the original Settlement Agreement made after the October 16, 2014 hearing held in this matter.

3. Attached to this Motion as <u>Exhibit 1</u> is the Proposed Class Action Settlement Agreement.

4. Attached as <u>Exhibit 2</u> is a Proposed Order of Preliminary Approval.

5. A Memorandum of Points and Authorities in support of this Motion is being electronically filed as well.

Dated: November 17, 2014                  Respectfully submitted,

BRENDA JONSSON, individually and on behalf of all others similarly situated

By: */s/ Lance A. Raphael*
One of Plaintiff's Attorneys

Amir J. Goldstein (Cal. Bar No. 255620)
ajg@consumercounselgroup.com
LAW OFFICES OF AMIR J. GOLDSTEIN
5455 Wilshire Blvd., Suite 1812
Los Angeles, CA 90036
Telephone: (323) 937-0400
Facsimile: (866) 288-9194

Lance A. Raphael (*pro hac vice*)
lance@caclawyers.com
Stacy M. Bardo (*pro hac vice*)
stacy@caclawyers.com
CONSUMER ADVOCACY CENTER, P.C.
180 W. Washington St., Suite 700
Chicago, IL 60602
Telephone: (312) 782-5808
Facsimile: (312) 377-9930

Daniel J. Marovitch (*pro hac vice*)
dmarovitch@marovitchlaw.com
MAROVITCH LAW FIRM, LLC
233 S. Wacker Dr., 84th Floor
Chicago, IL 60606
Telephone: (312) 533-1605
Facsimile: (312) 488-4206

*Counsel for Plaintiff*

3

Notice of Plaintiff's Motion for
Preliminary Approval of Class Settlement

Case No. CV13-8166 FMO (SHx)