# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-8166 FMO (SHx) | Date | May 27, 2015 |
|---|---|---|---|
| Title | Brenda Jonsson v. USCB, Inc. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Notice Re Status of Class Members Present at the Final Fairness Hearing

During the May 21, 2015, final fairness hearing, the court ordered plaintiff's counsel to file by Monday, May 25, 2015, a Notice Re Status of Class Members Present at the Final Fairness Hearing ("Notice") regarding the class members who were present during the hearing. As of today, no Notice has been filed. Accordingly, IT IS ORDERED that no later than **1:00 p.m. PST** on **Thursday, May 28, 2015**, plaintiff's counsel shall file a Notice indicating the class members who were present at the final fairness hearing and which class members had not filed claims, but wished to do so.

00 : 00

Initials of Preparer   VDR