

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRENDA JONSSON, individually and on
behalf of all others similarly situated,

          Plaintiff,

      v.

USCB, Inc., a California Corporation d/b/a
USCB AMERICA,,

          Defendant.

Case No. CV 13-8166 FMO (SHx)

**JUDGMENT**

     Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs, & Incentive Award ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

     1.  Plaintiff Brenda Jonsson shall be paid an incentive payment of $10,000, out of the Settlement Fund, in accordance with the terms of the Settlement Agreement and the Order.

     2.  Class counsel shall be paid $825,000.000 in attorney's fees, and $18,342.37 in costs, out of the Settlement Fund, in accordance with the terms of the Settlement Agreement and the Order.

     3.  The settlement administrator, Kurtzman Carson Consultants, shall be paid  for its fees and expenses in accordance with the terms of the Settlement Agreement, in an amount not to exceed $394,000.00 from the settlement fund.

1      4.  Except as to any class members who have validly and timely requested exclusion, this

2  action is **dismissed with prejudice**, with all parties to bear their own fees except as set forth

3  herein and in the prior orders of this court.

4  Dated this 28th day of May, 2015.

5

6                                                                /s/

7                                                    Fernando M. Olguin
                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28